**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Jessie A. BANDIN, Defendant— Appellant.**

**No. 04–10643.**

United States Court of Appeals, Ninth Circuit.

Submitted March 8, 2006.*

Decided March 14, 2006.

Sharon K. Sexton, U.S. Attorney's Office, Phoenix, AZ, for Plaintiff–Appellee.

Michael S. Reeves, Esq., Phoenix, AZ, for Defendant–Appellant.

Before: CANBY, BEEZER and KOZINSKI, Circuit Judges.

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**MEMORANDUM** \*\*

Jessie A. Bandin appeals from his guilty-plea conviction and 41–month sentence for being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1).

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Bandin has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Bandin has not filed a pro se supplemental brief.

We dismiss in light of the valid appeal waiver. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir.2000) (stating that an appeal waiver is valid when it is entered into knowingly and voluntarily); *see also United States v. Cardenas*, 405 F.3d 1046, 1048 (9th Cir.2005) (holding that the changes in sentencing law imposed by *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), did not render waiver of appeal involuntary and unknowing).

**DISMISSED.**

---

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.